# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR259

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| ADRIAN LEE WOODRUFF | ) | |

**THIS MATTER** is before the Court on Defendant's motion to suppress.

On review of the motion, the Court finds the issues contained therein will be addressed during the trial.

**IT IS, THEREFORE, ORDERED** that a ruling on the Defendant's motion to suppress is hereby **DEFERRED** until trial.

**Signed: December 6, 2005**

Lacy H. Thornburg
United States District Judge