# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR259

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | <u>O R D E R</u> |
| ) | |
| ADRIAN LEE WOODRUFF ) | |

**THIS MATTER** is before the Court on motion of defense counsel for permission to file for an interim payment of counsel fees.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's motion is **ALLOWED**, and Mr. Hunter is hereby permitted to file an interim fee petition in this matter.

**Signed: January 13, 2006**

Lacy H. Thornburg
United States District Judge